IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| KAREN PHILLIPS, | ) | |
|---|---|---|
| | ) | Civil Action No.: 2:10-cv-00471-GLL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | *ELECTRONICALLY FILED* |
| | ) | |
| SOUTH UNION TOWNSHIP, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, on this 3rd day of November, 2010, upon review of the Stipulation for Discontinuance, it is hereby ORDERED that the above-referenced matter is hereby dismissed and discontinued with prejudice.

BY THE COURT:

_____ J.
Honorable Gary L. Lancaster
Chief United States District Judge

12/1118627.v1